**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| DOUGLAS NEWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br>FIDELITY NATIONAL FINANCIAL, INC., and<br>LOANCARE, LLC,<br><br>Defendants. | Case No.: 0:24-cv-60048-DMM |

**[PROPOSED] ORDER ON DEFENDANTS FIDELITY NATIONAL FINANCIAL, INC. AND LOANCARE, LLC'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

THIS CAUSE came before the Court on Defendants Fidelity National Financial, Inc. ("FNF") and LoanCare, LLC's ("LoanCare") Unopposed Motion for Extension of Time ("Unopposed Motion"), and the Court having reviewed the Unopposed Motion and otherwise being fully advised of the premises, it is hereby:

ORDERED and ADJUDGED that:

The Unopposed Motion is GRANTED. FNF and LoanCare shall answer or otherwise respond to Plaintiff Douglas Newell's ("Plaintiff") Complaint on March 11, 2024. Defendant conferred with Plaintiff via electronic mail on January 23, 2024, and Plaintiff consented to the relief requested in the Unopposed Motion.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _____ day of January, 2024.

                                                                                                                             _____

                                                                                                                             DONALD M. MIDDLEBROOKS
                                                                                                                              UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record