## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

---

| | |
|---|---|
| **DOUGLAS NEWELL**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **CITRIX SYSTEMS, INC.**, **FIDELITY NATIONAL FINANCIAL, INC.**, **LOANCARE, LLC**, <br><br> Defendants. | Civil Action No.: 24-cv-60048 <br><br> Judge Donald A. Middlebrooks |

---

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Procedure 41(a)(1)(A), Plaintiff Douglas Newell ("Plaintiff"), by and through undersigned counsel, hereby gives notice of his voluntary dismissal without prejudice of all claims pending in the above captioned case. Defendants have not filed answers or motions for summary judgment.  This case is not governed by any federal statute that requires a court order for dismissal.  No counter claims are pending for independent adjudication.

Accordingly, Plaintiff Dougals Newell hereby dismisses all claims against all Defendants without prejudice.

2

Dated: January 30, 2024

Respectfully submitted,

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

*/s/Francesca Kester Burne*
Francesca Kester Burne
Antonio Arzola, Jr.
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
fburne@ForThePeople.com
ararzola@forthepeople.com

*Attorneys for Plaintiff and the Proposed Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on January 30, 2024, a true and correct copy of the

foregoing Notice of Voluntary Dismissal was served, upon filing, via the Court's CM/ECF

system upon all parties requesting electronic notification in this case.

_/s/ Francesca Kester Burne_